UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2003 DEC -9 P 4: 49

U.S. DISTRICT COURT
DISTRICT OF MASS.

MARTHA M. MARIE,

Plaintiff

v.

ALLIED HOME MORTGAGE
CORPORATION AND JOSEPH
THOMPSON,

Defendants.

FILING FEE PAID:
RECEIPT # 52363
AMOUNT $ 150.00
BY DPTY CLK
DATE 12/9/03

TO: The Honorable Judges of the
United States District Court for the District of Massachusetts
One Courthouse Way
Boston, MA 02110

## NOTICE OF REMOVAL

Petitioner Allied Home Mortgage Corporation ("Allied"), defendant in the above-entitled action, states:

1. The defendant Allied desires to exercise rights under the provisions of 28 U.S.C. § 1441, *et seq.*, to remove this action from the Superior Court of Massachusetts, Essex County, in which said cause is now pending under the name and style *Martha M. Marie v. Allied Home Mortgage Corporation and Joseph Thompson*, Civil Action No. 31991. Allied received a copy of the Amended Complaint on November 20, 2003. In addition to the Amended Complaint, Allied received a Summons. A copy of the Summons and Amended Complaint are attached hereto at Exhibit A.

2. The above-described action is one in which this court has original jurisdiction under the provisions of 28 U.S.C. § 1332, and is one which may be removed to this court by Allied, pursuant to the provisions of 28 U.S.C. § 1441(a), wherein it is a civil action arising under the Constitution, laws, or treatises of the United States.

3. As reflected by the Amended Complaint, the plaintiff has asserted a claim under a federal statute, namely the Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.*

4. Because the plaintiff has asserted a claim under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.* this court has federal question jurisdiction over the Amended Complaint pursuant to the provisions of 28 U.S.C. § 1331, and the Amended Complaint is one which may be removed to this court by Allied pursuant to the provisions of 29 U.S.C. § 1441(c).

5. Defendant Joseph Thompson has not yet been served with a copy of the Amended Complaint in this matter. Therefore, the Superior Court has not assumed jurisdiction over Mr. Thompson, and his consent to removal is unnecessary.

6. Allied is filing this notice within thirty (30) days of its receipt of a copy of the Amended Complaint, as required by 28 U.S.C. § 1446(b).

7. Allied will file a copy of the Notice of Removal and a Notice of Removal of Action to Federal Court with the Clerk for the Massachusetts Superior Court of Essex County, pursuant to 28 U.S.C. § 1446(d), a copy of which is attached hereto as Exhibit B.

8. Allied will serve a copy of the Notice of Removal and a Notice to Counsel of Removal of Action to Federal Court, on opposing counsel pursuant to 28 U.S.C. § 1446(d), a copy of which is attached hereto as Exhibit C.

WHEREFORE, Allied prays that the above action now pending against it in the Massachusetts Superior Court, Essex County, be removed therefrom to this Court.

Dated: December 9, 2003

        Respectfully submitted,

        Allied Home Mortgage Corporation

        By its attorneys,

        Diane Saunders (BBO No. 562872)
        Danielle Meagher (BBO No. 648305)
        MORGAN, BROWN & JOY, LLP
        One Boston Place
        Boston, MA 02108
        (617) 523-6666

### Certificate of Service

I hereby certify that a copy of the foregoing document was served upon counsel for the plaintiff, Robert M. Mendillo, Esq., Mendillo & Ross, LLP, One Liberty Square, Boston, MA 02109, by first class mail this 9th day of December, 2003.

        Diane Saunders

3