UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

03cv12484 RGS

MARTHA M. MARIE,

Plaintiff

v.

ALLIED HOME MORTGAGE CORPORATION AND JOSEPH THOMPSON,

Defendants.

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT

Defendant, Allied Home Mortgage Corporation, pursuant to Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, submits the following corporate disclosure statement and states that there are no publicly-held entities which own 10% or more stock of Allied Home Mortgage Corporation.

Respectfully submitted,

Allied Home Mortgage Corporation

By its attorneys,

Diane Saunders (BBO No. 562872)
Danielle Meagher (BBO No. 648305)
MORGAN, BROWN & JOY, LLP
One Boston Place
Boston, MA 02108
(617) 523-6666

Dated: December 9, 2003

2

## Certificate of Service

I hereby certify that a copy of the foregoing document was served upon counsel for the plaintiff, Robert M. Mendillo, Esq., Mendillo & Ross, LLP, One Liberty Square, Boston, MA 02109, by first class mail this 9th day of December, 2003.

_____
Diane Saunders