Commonwealth of Massachusetts
ESSEX SUPERIOR COURT
Case Summary
Civil Docket

### ESCV2003-01991
### Marie v Allied Home Mortgage Corporation et al   03-12484

| | | | | | |
|---|---|---|---|---|---|
| **File Date** | 10/14/2003 | **Status** | Disposed: transfered to other court (dtrans) | | |
| **Status Date** | 12/19/2003 | **Session** | B - Civil-CtRm 1 (Newburyport) | | |
| **Origin** | 1 | **Case Type** | A01 - Services, labor, materials | | |
| **Lead Case** | | **Track** | F | | |
| **Service** | 01/12/2004 | **Answer** | 03/12/2004 | **Rule12/19/20** | 03/12/2004 |
| **Rule 15** | 03/12/2004 | **Discovery** | 08/09/2004 | **Rule 56** | 09/08/2004 |
| **Final PTC** | 10/08/2004 | **Disposition** | 12/07/2004 | **Jury Trial** | Yes |

#### PARTIES

**Plaintiff**
Martha M Marie
Active 10/14/2003

**Private Counsel 342780**
Robert M Mendillo
Mendillo & Ross
1 Liberty Square
Boston, MA 02109
Phone: 617-338-9050
Fax: 617-338-5959
Active 10/14/2003 Notify

**Defendant**
Allied Home Mortgage Corporation
Served: 11/24/2003
Served (answr pending) 12/11/2003

**Private Counsel 562872**
Diane M Saunders
Morgan Brown & Joy
1 Boston Place
Boston, MA 02108
Phone: 617-523-6666
Fax: 617-367-3125
Active 12/18/2003 Notify

A TRUE COPY, ATTEST

_____
DEPUTY ASST. CLERK

**Defendant**
Joseph Thompson
Service pending 10/14/2003

#### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 10/14/2003 | 1.0 | Complaint & civil action cover sheet filed |
| 10/14/2003 | | Origin 1, Type A01, Track F. |
| 11/12/2003 | 2.0 | Amended complaint of Martha M Marie requesting that judgment enter in her favor on her claims against Allied & Thompson and she be awarded money damages for attys.' fees & costs under Title VII w/ jury trial claims.. Filed 11/7/03. |
| 12/11/2003 | 3.0 | SERVICE RETURNED: Allied Home Mortgage Corporation(Defendant); in hand. |
| 12/11/2003 | 4.0 | Plaintiff Martha M Marie's Ex-Parte MOTION to extend time for service of process until 90 days or until April 12, 2004.Filed 12/04/03. |

MAS-20030312  
collins  

**Commonwealth of Massachusetts**  
ESSEX SUPERIOR COURT  
Case Summary  
Civil Docket  

12/19/2003  
02:51 PM  

# ESCV2003-01991
## Marie v Allied Home Mortgage Corporation et al

| Date | Paper | Text |
|---|---|---|
| 12/18/2003 | | MOTION (P#4) allowed. Plaintiff shall have until April 12, 2004 to effect service on the defendant Joseph Thompson. (Barbara Rouse, Justice).dated 12/17/03 Notices mailed December 18, 2003 |
| 12/18/2003 | 5.0 | Notice for Removal to the United States District Court filed by Allied Home Mortgage Corporation, filed 12/10/03 |
| 12/19/2003 | | Case REMOVED this date to US District Court of Massachusetts |

**EVENTS**

A TRUE COPY, ATTEST

_[signature]_

DEPUTY ASST. CLERK