UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2003 DEC 23 P 2: 46

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| MARTHA M. MARIE,<br><br>Plaintiff<br><br>v.<br><br>ALLIED HOME MORTGAGE CORPORATION AND JOSEPH THOMPSON,<br><br>Defendants. | Civil Action No.: 1:03-cv-12484-RGS |

**DEFENDANT ALLIED HOME MORTGAGE CORPORATION'S MOTION TO COMPEL ARBITRATION AND TO STAY PROCEEDINGS**

Pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*, defendant Allied Home Mortgage Corporation ("Allied") hereby moves this Court to compel arbitration in this matter and stay the proceedings in this case as against Allied. As is set forth more fully in the Memorandum of Law in Support of Defendant Allied Home Mortgage Corporation's Motion to Compel Arbitration and to Stay Proceedings, the Court should compel arbitration of and stay the claims against Allied because the plaintiff and Allied have a valid agreement to arbitrate, and because any remaining issues of arbitrability have been committed contractually to the discretion of the arbitrator.

WHEREFORE, Allied respectfully requests that this Court compel arbitration and stay proceedings as to the claims against Allied.

Respectfully submitted,

ALLIED HOME MORTGAGE
CORPORATION

By its attorneys,

_____
Diane Saunders (BBO No. 562872)
Danielle Meagher (BBO No. 648305)
MORGAN, BROWN & JOY, LLP
One Boston Place
Boston, MA 02108
(617) 523-6666

### RULE 7.1 CERTIFICATION

I, Danielle L. Meagher, counsel for Allied Home Mortgage Corporation, certify that I conferred with Robert M. Mendillo, Esq., counsel for plaintiff, on December 19, 2003, by telephone, but was unable to reach agreement on any of the issues raised by this motion.

_____
Danielle L. Meagher

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel for the plaintiff, Robert M. Mendillo, Esq., Mendillo & Ross, LLP, One Liberty Square, Boston, MA 02109, by regular mail this 23rd day of December, 2003.

_____
Diane Saunders