UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL NO. 03-12484-RGS

MARTHA M. MARIE

v.

ALLIED HOME MORTGAGE CORPORATION and
JOSEPH THOMPSON

ORDER

January 8, 2004

STEARNS, D.J.

It being undisputed that the initiation of arbitration proceedings occurred on December 22, 2003, more than sixty days after the conclusion of charge proceedings before the Equal Opportunity Employment Commission, the demand for arbitration is untimely under Article V of plaintiff's employment agreement. The motion to stay proceedings and compel arbitration is therefore <u>DENIED</u>.

        SO ORDERED.

        /s/ Richard G. Stearns

        _____
        UNITED STATES DISTRICT JUDGE