UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARTHA M. MARIE,

Plaintiff

v.

ALLIED HOME MORTGAGE CORPORATION AND JOSEPH THOMPSON,

Defendants.

Civil Action No.: 1:03-cv-12484-RGS

## ALLIED HOME MORTGAGE CORPORATION'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO RECONSIDER

Pursuant to Rules 12(b)(6) and/or 59(e) of the Federal Rules of Civil Procedure, defendant Allied Home Mortgage Corporation ("Allied") hereby moves this Court to dismiss the plaintiff's Amended Complaint against Allied as untimely or in the alternative to reconsider the Court's Order dated January 8, 2004 denying Allied's motion compel arbitration. As is set forth more fully in the Memorandum of Law in Support of Allied Home Mortgage Corporation's Motion to Dismiss or, in the Alternative, to Reconsider, the Court should dismiss the plaintiff's claims because they are untimely pursuant to the reasoning of the Court's Order dated January 8, 2004. In the alternative, the Court should reconsider its denial of Allied's motion compel arbitration because either Allied's demand was timely because the Federal Arbitration Act and not the parties' agreement sets forth the time period for a demand for arbitration by Allied, or even if the relevant time period for Allied to demand arbitration was sixty days, Allied's demand was nonetheless timely.

WHEREFORE, Allied respectfully requests that this Court dismiss the plaintiff's Amended Complaint as against Allied, or in the alternative, reconsider its denial of Allied's motion compel arbitration and stay proceedings as to the claims alleged against Allied.

Respectfully submitted,

ALLIED HOME MORTGAGE CORPORATION

By its attorneys,

*Danielle Meagher*
Diane Saunders (BBO No. 562872)
Danielle Meagher (BBO No. 648305)
MORGAN, BROWN & JOY, LLP
One Boston Place
Boston, MA 02108
(617) 523-6666

Dated: January 26, 2004

### Certificate of Service

I hereby certify that a copy of the foregoing document was served upon counsel for the plaintiff, Robert M. Mendillo, Esq., Mendillo & Ross, LLP, One Liberty Square, Boston, MA 02109, by regular mail this 26th day of January, 2004.

*Danielle Meagher*
Danielle L. Meagher

2

**MORGAN, BROWN & JOY, LLP**
ATTORNEYS AT LAW
ONE BOSTON PLACE
BOSTON, MASSACHUSETTS 02108-4472
TELEPHONE (617) 523-6666
FACSIMILE (617) 367-3125

DANIELLE L. MEAGHER                                                     DIRECT DIAL (617) 788-5049
                                                                        dmeagher@morganbrown.com

January 26, 2004

**VIA HAND DELIVERY**

Civil Clerk of Court
United States District Court
for the District of Massachusetts
One Courthouse Way
Boston, MA 02110

    Re:  *Martha M. Marie v. Allied Home Mortgage Corporation, et al.*

Dear Sir or Madam:

    Enclosed for filing please find the following:

(1) Allied Home Mortgage Corporation's Motion to Dismiss or, In the Alternative, to Reconsider;
(2) Memorandum of Law in Support of Allied Home Mortgage Corporation's Motion to Dismiss or, In the Alternative, to Reconsider;
(3) Certificate(s) of Service.

    Please stamp the additional enclosed copy of the Motion and Memorandum of Law "filed" and return them to our waiting courier.

    Thank you for your attention to this matter. Please do not hesitate to contact me if you have any questions regarding the enclosed.

Very truly yours,

*Danielle Meagher*

Danielle L. Meagher

Enclosures

cc:  Diane Saunders, Esq. (w/o encls.)
     Tony Musgrave, Esq. (w/encls.) (by first class mail)
     Robert Mendillo, Esq. (w/encls.) (by first class mail)