UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARTHA M. MARIE,<br><br>Plaintiff<br><br>v.<br><br>ALLIED HOME MORTGAGE CORPORATION AND JOSEPH THOMPSON,<br><br>Defendants. | Civil Action No.: 1:03-cv-12484-RGS |

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

Pursuant to Local Rule 7.1(B)(3), defendant Allied Home Mortgage Corporation ("Allied") hereby moves for leave of court to submit a reply memorandum in response to Plaintiff's Opposition to Defendant Allied Home Mortgage Corporation's Motion to Dismiss or, in the Alternative, to Reconsider ("Opposition"). A copy of the proposed reply memorandum is attached hereto as Exhibit A.

The defendant seeks to submit this memorandum in order to clarify and respond to matters that plaintiff's Opposition attempted to obfuscate. This proposed memorandum does not merely reiterate the defendant's arguments in its initial memorandum, but rather, is necessary to address both factual and legal positions taken by plaintiff that could not have been foreseen at the time that the defendant filed its initial memorandum. This relatively short reply memorandum

will assist the Court in efficiently and effectively determining that the Defendant Allied Home Mortgage Corporation's Motion to Dismiss or, in the Alternative, to Reconsider must be granted.

Respectfully submitted,

ALLIED HOME MORTGAGE CORPORATION

By its attorneys,

*Danielle Meagher*

Diane Saunders (BBO No. 562872)
Danielle Meagher (BBO No. 648305)
MORGAN, BROWN & JOY, LLP
One Boston Place
Boston, MA 02108
(617) 523-6666

Dated: February 9, 2004

2

## RULE 7.1 CERTIFICATION

I, Danielle Meagher, Esq., counsel for Allied Home Mortgage Corporation, certify that having received plaintiff's Opposition on February 9, 2004, I attempted to confer in good faith with Robert M. Mendillo, Esq., by telephone on February 9, 2004, but was unable to reach Mr. Mendillo to discuss the issues raised by this motion.

*Danielle Meagher*
Danielle Meagher

### Certificate of Service

I hereby certify that a copy of the foregoing document was served upon counsel for the plaintiff, Robert M. Mendillo, Esq., Mendillo & Ross, LLP, One Liberty Square, Boston, MA 02109, by regular mail this 9th day of February, 2004.

*Danielle Meagher*
Danielle Meagher