UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARTHA M. MARIE,

Plaintiff

v.

ALLIED HOME MORTGAGE
CORPORATION et al.,[1]

Defendants.

Civil Action No.: 1:03-cv-12484-RGS

FILING FEE PAID:
RECEIPT #
AMOUNT $
BY DPTY CLK
DATE

## NOTICE OF APPEAL

Notice is hereby given this 12th day of March, 2004 that Defendant Allied Home Mortgage Corporation ("Allied") hereby appeals to the Unites States Court of Appeals for the First Circuit from the Order of this Court entered on February 18, 2004, insofar as such Order denied Allied's motion for reconsideration of the denial of Allied's motion to compel arbitration.

Respectfully submitted,

ALLIED HOME MORTGAGE CORPORATION

By its attorneys,

*Danielle Meagher*

Diane Saunders (BBO No. 562872)
Danielle Meagher (BBO No. 648305)
MORGAN, BROWN & JOY, LLP
One Boston Place
Boston, MA 02108
(617) 523-6666

Dated: March 12, 2004

---

[1] Although a named party to the instant matter, Joseph Thompson has not yet been served.

## Certificate of Service

I hereby certify that a copy of the foregoing document was served upon counsel for the plaintiff, Robert M. Mendillo, Esq., Mendillo & Ross, LLP, One Liberty Square, Boston, MA 02109, by regular mail this 14th day of March, 2004.

/s/ Danielle Meagher
Danielle L. Meagher