UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARTHA M. MARIE,<br><br>Plaintiff<br><br>v.<br><br>ALLIED HOME MORTGAGE CAPITAL CORPORATION et al.,<br><br>Defendants. | Civil Action No.: 1:03-cv-12484-RGS |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective December 27, 2004, the address for the attorney of record for the defendant Allied Home Mortgage Capital Corporation in the above-entitled action will be:

>Diane M. Saunders
>Morgan, Brown & Joy, LLP
>200 State Street, 11th Floor
>Boston, MA 02109
>T: (617) 523-6666
>F: (617) 367-3125

>Respectfully submitted,
>
>ALLIED HOME MORTGAGE
>CAPITAL CORPORATION
>
>By its attorneys,
>
>_____
>Diane Saunders (BBO No. 562872)
>MORGAN, BROWN & JOY, LLP
>One Boston Place
>Boston, MA 02108
>(617) 523-6666

Dated: December 22, 2004

## Certificate of Service

    I hereby certify that a copy of the foregoing document was served upon counsel for the plaintiff, Robert M. Mendillo, Esq., Mendillo & Ross, LLP, One Liberty Square, Boston, MA 02109, by regular mail this 22nd day of December, 2004.

_____
Diane M. Saunders