# United States Court of Appeals
## For the First Circuit

USDC/MA
Stearns, R.



No. 04-1403

MARTHA M. MARIE,

Plaintiff, Appellee,

v.

ALLIED HOME MORTGAGE CORP.,

Defendant, Appellant,

JOSEPH THOMPSON,

Defendant.

---

**JUDGMENT**

Entered: March 16, 2005

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The decision of the district court is reversed, and the case is remanded for proceedings consistent with the opinion issued this day.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*George [signature]*
Deputy Clerk

Date: 4/6/05

**By the Court:**
Richard Cushing Donovan, Clerk

MARGARET CARTER

_____
By: Margaret Carter, Chief Deputy, Clerk

[Certified copies to Hon. Richard G. Stearns and Ms. Sarah A. Thornton, Clerk, United States District Court for Massachusetts. Copies to Mr. Mendillo, Ms Saunders & Ms. Meagher.]