UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12484-RGS

MARTHA M. MARIE

v.

ALLIED HOME MORTGAGE CORP.

ORDER ON REMAND

April 11, 2005

STEARNS, D.J.

In compliance with the judgment and mandate of the Court of Appeals, see Marie v. Allied Home Mortgage Corp, ___ F.3d ___, 2005 WL 605034 (1st Cir. March 16, 2005), the court orders all claims to be submitted to arbitration and that the action pending in the district court be DISMISSED.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE